# UNITED STATES DISTRICT COURT
## for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 13, 2020

SEAN F. McAVOY, CLERK

KARRINA W.,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
|  | ) Civil Action No.   4:19-CV-5167-SAB |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
|  | ) |
| *Defendant* | |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment, ECF No. 9, is GRANTED.  Defendant's Motion for Summary Judgment, ECF No. 10, is DENIED.  Judgment is entered in favor of the Plaintiff and against the Defendant.

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge          Stanley A. Bastian          on motions for
summary judgment.

Date:  March 13, 2020 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Virginia Reisenauer _____
*(By) Deputy Clerk*

Virginia Reisenauer _____